O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT, | Case No.  CV-16-00784-AB (KES) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. GASTELO, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation were filed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (Dkt. 24) is GRANTED IN PART, and Plaintiff's claims against Dr. Casian and Dr. Ralston are DISMISSED with prejudice.

DATED:  January 30, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE