# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:16-cv-00784-AB-KES                                                         Date:  May 24, 2017

Title:  Craig Kaiser Garrett v. J. Gastelo et al.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER re: Plaintiff's Status Report**

On February 1, 2017, the Court ordered the parties to file and serve a status report by May 12, 2017, containing:  (1) a statement of the principal issues raised by the case, (2) a statement as to whether all parties have been served and, if not, a proposed deadline for completing service, (3) a summary of what discovery has occurred, and the anticipated schedule for completing further discovery (4) a list of contemplated motions, and the anticipated dates for filing such motions, (5) the status of settlement negotiations, including whether or not plaintiff has made a settlement demand and defendant has responded with a counteroffer, and (6) if and when the parties would be willing to attend a settlement conference with the magistrate judge assigned to the case, or another magistrate judge, and (7) any other suggestions the parties may wish to make regarding the management of this action.  (Dkt. 47 at 6.)

On May 11, 2017, Defendants filed the requested status report.  (Dkt. 58.)  Plaintiff has not yet filed the required status report.  **IT THEREFORE IS ORDERED that, on or before June 6, 2017, Plaintiff shall show good cause, if there be any, why a status report has not been filed, or shall file the required status report.**

Initials of Deputy Clerk JD