O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT, <br> Plaintiff, <br> v. <br> J. GASTELO, et al., <br> Defendants. | Case No. CV-16-00784-AB (KES) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant Finander's motion for summary judgment is granted, and the Second Amended Complaint is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: September 22, 2017

ANDRÉ BIROTTE JR.
United States District Judge