JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT, | Case No. CV-16-00784-AB (KES) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. GASTELO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED:  September 22, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge